No. 612. TERMINAL & SHAKER HEIGHTS REALTY CO. *v.* VAN SWERINGEN COMPANY;

No. 613. TERMINAL & SHAKER HEIGHTS REALTY CO. *v.* VAN SWERINGEN CORPORATION ET AL.; and

No. 614. TERMINAL & SHAKER HEIGHTS REALTY CO. *v.* CLEVELAND TERMINAL BUILDING CO. ET AL. October 27, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE REED and MR. JUSTICE DOUGLAS took no part in the consideration and decision of these applications. *Mr. William H. Thompson* for petitioner. *Mr. Robert M. Calfee* for respondent in No. 612. *Mr. Frederick L. Leckie* for the Trustees of Van Sweringen Corp., respondents in No. 613; *Messrs. Joseph L. Stern* and *Meyer Abrams* for A. B. Gochenour et al., intervenor-respondents in Nos. 613 and 614, and *Mr. J. Hall Kellogg* for the Cleveland Terminal Bldg. Co., respondent in No. 614. Reported below: 119 F. 2d 231.

No. 606. STILL *v.* UNITED STATES. October 27, 1941. The motion to proceed on the typewritten record is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. R. K. Wise* and *Warren E. Miller* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett,* and *Fendall Marbury* for the United States.